UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERCHONIA CORPORATION LLC,

   Plaintiff,

v.

SKINNY ME AMERICA, LLC,
RUBEN ROTHSCHILD, and
WILLIAM LUTZ,

   Defendants.
_____/

CASE NO. : 8:24-cv-00924-TPB-AAS

## NOTICE OF AGREEMENT TO SETTLE ACTION

Pursuant to Local Rule 3.09(a), the parties jointly notify the Court that the parties have reached an amicable resolution of all claims in the action, with the parties to bear their own fees and costs, conditioned upon the Court's approval and entry of the proposed Stipulated Permanent Injunction and Final Order which is being filed separately.

Dated: December 9, 2024

/s/ Scott W. Dangler_____
Scott W. Dangler, Esq.
Fla. Bar No.  0429007
Law Office of Scott W. Dangler, P.A.

/s/ Luke Lirot_____
Luke Lirot, Esq.
Fla. Bar No. 714836
Luke Charles Lirot, P.A.

1

| | |
|---|---|
| 927 E. New Haven Ave., Ste 213<br>Melbourne, FL 32901<br>Tel: (321) 265-4170<br>Fax: (321) 265-4167<br>scott@danglerlaw.com<br><br>*Lead Counsel for Plaintiff Erchonia Corporation LLC* | 2240 Belleair Rd., Ste. 190<br>Clearwater, FL 33764<br>Tel: (727) 536-2100<br>Fax: (727) 536-2110<br>Luke2@lirotlaw.com<br>Krista@lirotlaw.com<br>Ben@lirotlaw.com<br>team@lirotlaw.com<br><br>*Lead Counsel for Defendants Skinny Me America, LLC, Ruben Rothschild and William Lutz* |