UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERCHONIA CORPORATION LLC,

       Plaintiff,

v.

SKINNY ME AMERICA, LLC,
RUBEN ROTHSCHILD, and
WILLIAM LUTZ,

       Defendants.
_____/

CASE NO. : 8:24-cv-00924-TPB-AAS

## STIPULATION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER

Plaintiff, ERCHONIA CORPORATION LLC ("Erchonia"), and Defendants, SKINNY ME AMERICA, LLC ("SMA"), RUBEN ROTHSCHILD ("Rothschild"), and WILLIAM LUTZ ("Lutz") (collectively, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

1. On April 16, 2024, Plaintiff filed its Complaint for Patent Infringement against Defendant SMA. [D.E. 1]. On June 10, 2024, Defendant SMA filed its Answer and Affirmative Defenses. [D.E. 11].

2. On September 20, 2024, Plaintiff filed its Amended Complaint for

1

Patent Infringement, adding the individual Defendants Rothschild and Lutz. [D.E. 23]. Pursuant to the Court's Endorsed Order, dated November 1, 2024, the time for Defendants to respond to the Amended Complaint was extended until 10 days after the conclusion of mediation if the case did not settle. [D.E. 27].

3. On November 26, 2024, the Parties conducted mediation before Mediator James Matulis wherein they settled the matter.

4. Without admitting liability, Defendants nevertheless wish to resolve this matter and they hereby consent to entry of judgment in the above-captioned case and entry of the proposed Stipulated Permanent Injunction and Final Order, attached hereto as Exhibit A.

5. This Court has subject-matter and personal jurisdiction over the Defendants.

6. Entry of the proposed Stipulated Permanent Injunction and Final Order will resolve all outstanding issues in this matter.

7. To the extent applicable, the Parties waive the entry of findings of fact and conclusions of law under Rules 52 and 65 of the Federal Rules of Civil Procedure.

8. The Stipulated Permanent Injunction and Final Order will be entered under Rule 65 of the Federal Rules of Civil Procedure and will constitute the final judgment in this action. Defendants waive the right to appeal from this judgment

and the Parties will bear their respective costs, including attorney's fees, or other expenses of this action.

9. The Parties respectfully request this Court retain jurisdiction over this matter for the purpose of implementing and enforcing the proposed Stipulated Permanent Injunction and Final Order since, in the event Defendants were to violate the proposed Stipulated Permanent Injunction and Final Order, they may be subject to liquidated damages and sanctions for contempt of court.

WHEREFORE, for the foregoing reasons, the Parties request the Court to enter the proposed Stipulated Permanent Injunction and Final Order and retain jurisdiction to enforce same.

Dated: December 6, 2024

/s/ Scott W. Dangler
Scott W. Dangler, Esq.
Fla. Bar No. 0429007
Law Office of Scott W. Dangler, P.A.
927 E. New Haven Ave., Ste 213
Melbourne, FL 32901
Tel: (321) 265-4170
Fax: (321) 265-4167
scott@danglerlaw.com

*Lead Counsel for Plaintiff Erchonia Corporation LLC*

/s/ Luke Lirot
Luke Lirot, Esq.
Fla. Bar No. 714836
Luke Charles Lirot, P.A.
2240 Belleair Rd., Ste. 190
Clearwater, FL 33764
Tel: (727) 536-2100
Fax: (727) 536-2110
Luke2@lirotlaw.com
Krista@lirotlaw.com
Ben@lirotlaw.com
team@lirotlaw.com

*Lead Counsel for Defendants Skinny Me America, LLC, Ruben Rothschild and William Lutz*