UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERCHONIA CORPORATION LLC,　　　　CASE NO.: 8:24-cv-924-TPB-AAS
a Texas limited liability company,

    Plaintiff,

v.

SKINNY ME AMERICA, LLC,　　　　JURY TRIAL DEMANDED
a Florida limited liability company,
RUBEN ROTHSCHILD,
an individual, and WILLIAM
LUTZ, an individual,

    Defendants.
_____/

## STIPULATED PERMANENT INJUNCTION AND FINAL ORDER

Upon consideration of the Joint Stipulation for Permanent Injunction and Final Order submitted by Plaintiff, ERCHONIA CORPORATION LLC ("Plaintiff") and Defendants SKINNY ME AMERICA, LLC, RUBEN ROTHSCHILD, and WILLIAM LUTZ (collectively, "Defendants"), this Court makes the following findings of fact and conclusions of law:

    1. Defendants have stipulated that this Court has jurisdiction over the above-styled action.

    2. Defendants have stipulated that Plaintiff is the owner of United States Patent Nos. 9,149,650 (the "'650 Patent") and 7,947,067 (the "'067 Patent") (hereafter the '650 Patent and the '067 Patent individually and jointly referred to as "the Patents").

3. Plaintiff brought this action against Defendants, alleging that Defendants were liable for infringing the Patents.

4. Defendants have never been authorized by Plaintiff to take any actions, alone or in conjunction with others, that would constitute infringement of the Patents.

5. Plaintiff alleges that it has suffered irreparable injury as a result of Defendants' infringement of the Patents, and that it will continue to suffer irreparable harm and injury should this Court not issue a permanent injunction enjoining such infringing activities by Defendants.

6. Defendants have stipulated and agreed to entry of a permanent injunction, forever enjoining them from infringing the Patents.

In view of the foregoing, **IT IS ORDERED AND ADJUDGED** that a Permanent Injunction is entered as to Defendants, pursuant to Rule 65 of the Federal Rules of Civil Procedure. Defendants, their agents, employees, and any persons in active concert or participation with them who receive actual notice of this Order are hereby enjoined from the following:

  A. Making, using, selling, offering to sell, advertising, or importing any product or service that infringes the Patents;

  B. taking any action(s) that would constitute direct or indirect infringement of the Patents; and

  C. causing, aiding, or abetting any person from doing any act proscribed in A-B above.

It is further **ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this action for purposes of enforcing the provisions of the Permanent Injunction and Final Order. Defendants agree not to contest the validity of the Patents in any such proceedings.

In the event of any violation by Defendants of this Permanent Injunction and Final Order, Defendants shall be jointly and severally liable for liquidated damages in the amount of $240,000 (Two Hundred Forty Thousand Dollars), which amount the parties agree represents reasonable compensation to Plaintiff for its damages, and not an amount intended to punish Defendants.

It is further **ORDERED AND ADJUDGED** that the parties waive appeal of this Permanent Injunction and Final Order.

It is further **ORDERED AND ADJUDGED** that each party to this Permanent Injunction and Final Order shall bear its own attorneys' fees and costs of this action.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 19th day of December, 2024.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE